# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                        Case No.: 8:25-cr-106-VMC-AAS-1

RAYQUAN RAINEY                    /

## WAIVER OF DEFENDANT'S PRESENCE AT
## ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, Rayquan Rainey, waive my right to be present at my arraignment on

superseding Indictment and plead not guilty to the charges against me. I received a

copy of the superseding charging instrument and waive a formal reading. I further

waive my right to have my attorney present at the arraignment. I will participate in

discovery as permitted by Rule 16, Federal Rules of Criminal Procedure.


_____
Rayquan Rainey
Defendant

_____
Ryan J. Maguire
Assistant Federal Defender
Counsel for the Defendant
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org


Date: 6/9/2026

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I accept the defendant's waiver of their presence and the presence of their attorney at the arraignment and direct that the plea of not guilty be received for filing. The matter of discovery will be addressed by separate order.

_____
AMANDA A. SANSONE
UNITED STATES MAGISTRATE JUDGE

Date: 6/9/2026

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of June, 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Brooke Michelle Padgett, AUSA

/s/ Ryan J. Maguire
Ryan J. Maguire,
Assistant Federal Defender