**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:25-cr-106-VMC-AAS | **DATE:** | June 9, 2026 |
| **HONORABLE: AMANDA A. SANSONE** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYQUAN RAINEY<br>JAVARIOUS BRINSON | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Brooke Padgett | |
| | | **DEFENSE COUNSEL**<br>Ryan Maguire<br>Serbo Simeoni | |
| **COURT REPORTER:**   DIGITAL | | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME:**  11:01 AM – 11:03 AM | **TOTAL:** 2 Minutes | **U.S. PRETRIAL:** | N/A |
| | | **COURTROOM:** | 10B |

**PROCEEDINGS:   Arraignment**

Defendant and attorneys' presence waived.

Defendant waived reading of indictment.

Defendant entered a not guilty plea as to all counts.

Trial term: August 2026 trial calendar.

Status: June 11, 2026, at 9:30 a.m. in Tampa Courtroom 14B.

Defendants remain in custody.