UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:25-cr-106-VMC-AAS

RAYQUAN RAINEY

---

**PRELIMINARY ORDER OF FORFEITURE**

The United States moves (Doc. 123) for a Preliminary Order of Forfeiture for the following assets:

a. a Smith & Wesson model SD40 VE .40 caliber pistol (serial number HFE6229) and ammunition contained therein; and

b. a Glock model 30 .45 caliber pistol (serial number SHZ041) and ammunition contained herein.

Being fully advised of the relevant facts, the Court finds that the firearms and ammunition identified above were involved in and used in the violations charged in Counts One through Five the Superseding Indictment, for which the defendant was found guilty.

The United States' motion is **GRANTED**. Under 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), 21 U.S.C. § 853, and Fed. R. Crim. P. 32.2(b)(2), the assets identified above are **FORFEITED** to the United States for disposition according to law. This order shall become a final order of forfeiture as to the defendant at the time it is entered.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings and to enter any further order necessary for the forfeiture and disposition of such property.

**ORDERED** in Tampa, Florida, on August 21, 2026.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE