UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:25-cr-106-VMC-AAS

RAYQUAN RAINEY
JAVARIOUS BRINSON

**UNITED STATES' MOTION FOR**
**FINAL ORDER OF FORFEITURE**

Pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, the United States of America moves for a Final Order of Forfeiture for a Smith & Wesson model SD40 VE .40 caliber pistol (serial number HFE6229) and ammunition. In support of its motion, the United States submits the following.

**MEMORANDUM OF LAW**

**I. Statement of Facts**

1. On August 23, 2026 and August 26, 2026, the Court entered Preliminary Orders of Forfeiture for the assets described above, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853.[1] Docs. 129, 132.

2. In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the

[1] The United States will not seek a final order of forfeiture for the Glock model 30 .45 caliber pistol (serial number SHZ041), because the undersigned was notified by the ATF that the firearm was stolen. Therefore, the ATF will return the firearm to its rightful owner. Additionally, the United States will not seek a final order of forfeiture for approximately $1,350.47 seized on July 25, 2024 because the funds were returned.

United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from August 24, 2026 through September 22, 2026. Doc. 133. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk—United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602—a petition to adjudicate their interests within 60 days of the first date of publication.

3. To date, no one has filed a Petition to Adjudicate Interest in the assets, and the time for filing such Petitions has expired.

## II. Applicable Law

Pursuant to 21 U.S.C. § 853(n)(7), following the disposition of all petitions, or if no petitions are timely filed in accordance with 21 U.S.C. § 853(n)(2), "the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee." 21 U.S.C. § 853(n)(7). It is then appropriate for the Court to enter a final order of forfeiture in accordance with Rule 32.2(c)(2).

As required by 21 U.S.C. § 853(n), the United States published notice of the forfeiture on the official government website, www.forfeiture.gov. Doc. 133.

Publication by internet is permitted in civil cases pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Federal Rules of Civil Procedure. Federal Rule of

Criminal Procedure 32.2(b)(6)(C) provides that publication of notice of criminal forfeiture may be made by any means described in Supplemental Rule G(4)(a)(iv). Publication gave notice to all those who might have an interest in the subject property of the United States' and its intent to dispose of the assets and gave instructions on filing a petition to adjudicate their interests in the assets. In accordance with those provisions, a person or entity had 60 days from the first date of publication to file a petition with the District Court to adjudicate his interest. In this instance, the first date of internet publication was August 24, 2026. Accordingly, the final date for those who did not receive direct written notice to file a petition to adjudicate an interest in the assets was October 23, 2026, and the time for filing such a petition has expired.

Publication having been effected, and all claims or petitions to adjudicate an interest having been addressed, it is now appropriate to enter a final order of forfeiture for the assets.

## III. Conclusion

The United States requests that, pursuant to 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2), the Court enter a final order forfeiting to the United States all right, title

and interest in the assets for disposition according to law and vesting clear title to the property in the United States.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By: *s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney
Florida Bar Number 472867
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
E-mail: james.muench2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney