UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:25-cr-106-VMC-AAS

RAYQUAN RAINEY
JAVARIOUS BRINSON

# FINAL ORDER OF FORFEITURE

The United States moves (Doc. 138) for a final order of forfeiture for a Smith & Wesson model SD40 VE .40 caliber pistol (serial number HFE6229) and ammunition, which were subject to preliminary orders of forfeiture (Docs. 129 and 132).

Under 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of the intent to dispose of the assets on the official government website, www.forfeiture.gov, from August 24, 2026, through September 22, 2026. (Doc. 133.) The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty days of the first date of publication. No one has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

The United States' motion is **GRANTED**. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the

assets are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the assets now vests in the United States of America.

**ORDERED** in Tampa, Florida, on October 27, 2026.

Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE