# Exhibit A

*Letters of Support*

November 10, 2026

The Honorable Judge Covington

Re: Letter of Support for RayQuan Rainey

Dear Honorable Judge Covington,

My name is Tiffiny Rainey, and I am writing this letter as the proud mother of RayQuan Rainey,

As his mother, it is difficult to put into words what it means to have your child away from you. I miss my son more than words can express. I think about him daily, and I want to take this opportunity to share with you the person I know, love, and have watched grow throughout his life.

As his mother, I have had the privilege of watching RayQuan grow and become the person he is today. Being his mother means I know him beyond the circumstances he is currently facing. I know his heart, his personality, his strengths, and the importance of family in his life.

I am aware that my son has been convicted of Drug Trafficking and Possessing a Firearm in Furtherance of Drug Trafficking. I understand the seriousness of these convictions, but I respectfully ask that you also consider the person he is to his family and the people who love him.

I love my son, and I believe he deserves the opportunity to learn, grow, and become a better man and a father. I respectfully ask that you consider leniency when determining his sentence.

Thank you for taking the time to consider my words and to see RayQuan through the eyes of a mother who loves him.

RayQuan is also the father of two beautiful little girls, Rylie, who is 4 years old, and Rayelle, who is 2 years old. While he is away, I have been doing my best to help care for and support his daughters. I understand how important it is for them to have love, stability, and family surrounding them during this time.

While RayQuan is away, I have been doing my best to help support his daughters. I want them to continue feeling loved, protected, and connected to their father. I understand that my role as their grandmother is important, and I intend to continue being there for them.

As his mother, I intend to continue supporting RayQuan emotionally, mentally, and spiritually throughout his incarceration. I will encourage him to use this time to reflect, grow, and prepare for a better future. When he is released, I will continue to stand beside him and encourage him to make positive choices, be present in his daughters' lives, and build a stable future for himself and his children.

During his incarceration, I intend to remain a positive source of support for Rayquan. I will encourage him emotionally, mentally, and spiritually. I plan to continue communicating with him, reminding him of his worth, encouraging personal growth, and helping him maintain hope and a positive outlook for his future.

When Rayquan is released, I intend to continue supporting him as he works toward rebuilding and moving forward with his life. I will encourage him to make positive decisions, surround himself with positive influences, pursue opportunities, and become the best version of himself. I want him to know that he will not have to face the challenges of rebuilding his life alone.

One of my favorite memories of RayQuan goes back to when he was a little boy participating in the youth department at church. Believe it or not, even at 29 years old, he will still suddenly break out singing one of his favorite childhood songs:

***"J is for Jesus, E everlasting, S He's my Savior, U He is useful, S…"***

That last S was always his favorite part because that's when the youth would dance. RayQuan would join in, even though dancing wasn't exactly his strongest talent! It would have everyone laughing. Those are the little things about him that I will always treasure.

I respectfully ask that you consider the person Rayquan is to those who love him, the support system he has behind him, and the opportunity for him to grow, learn, and make positive changes in his life. I sincerely hope you will consider leniency when determining his sentence.

Thank you for taking the time to read my letter and allowing me to share my perspective as his mother.

With sincere respect,

Tiffiny Rainey

Mother of RayQuan Rainey

November 9, 2026

The Honorable Judge Covington

Re: Letter of Support for Rayquan Rainey

Dear Honorable Judge Covington,

My name is Tracy Holley, and I am writing this letter from the bottom of my heart in support of Rayquan Rainey, whom I have affectionately known as Ray for many years. I have known Rayquan since he was a young boy growing up in my neighborhood. What started as knowing a child from the neighborhood eventually turned into a bond that I consider family. Rayquan became like an adopted son to me, and I have always loved and treated him as one of my own.

I am aware that Rayquan was convicted of Drug Trafficking and Possessing a Firearm in Furtherance of Drug Trafficking. I understand the seriousness of these convictions. However, I respectfully ask that you allow me to share the Rayquan I have known, loved, and watched grow up over the years.

Your Honor, Rayquan was not just another child from my neighborhood. He was a part of my household, my family gatherings, and many of our most cherished memories. He spent countless holidays with my sons and me, celebrated birthdays with us, and shared laughter and special moments that I will never forget. He was always the life of the party, bringing joy, laughter, and a smile wherever he went. His personality could brighten a room, and his presence made our family gatherings even more special.

Rayquan was also a young man who never hesitated to lend a helping hand. Whether I needed something done around my home or simply needed someone to help with everyday tasks, Ray was always willing to step up. He never made me feel that helping me was a burden. Those acts of kindness may have seemed small to him, but they meant so much to me. They showed me that he had a caring heart and a willingness to help others.

Growing up, Rayquan faced challenges that many children should never have to experience. He did not have a consistent father figure in his life, and his mother was doing the best she could as a hardworking single mother trying to provide for several children. My sons, being older than Rayquan, took him under their wings. They looked out for him, included him in their activities, and treated him like their little brother. I opened my home and my heart to him because I wanted him to know that he had people who cared about him and wanted to see him succeed.

Rayquan now has young children of his own, and they need their father. It weighs heavily on my heart to think that his children could experience the same absence of a father that he knew growing up. They deserve the love, guidance, and steady presence of their dad. My sincere hope is that Rayquan will be given the chance to be an active part of their lives, to encourage them, to be there for their important moments, and to become the father they need and deserve. I believe that his love for his children can be a powerful reason for him to keep growing, accept responsibility, and make better choices for the future.

Over the years, I watched that young boy grow into a young man. Like all of us, Rayquan has made mistakes in life, but I sincerely believe that a person's mistakes should not erase every good thing about them or the potential they still have to become better.

Your Honor, I know the circumstances surrounding Rayquan's convictions are serious. I am not writing to excuse his actions or minimize their seriousness. I am writing because I know there is more to Rayquan than the circumstances that brought him before your courtroom. I have witnessed his kindness, his generosity, his respect toward me, and the love he has shown my family.

I believe that there is still so much good within him and that his life still has meaning and purpose. I believe he deserves the opportunity to learn from this chapter of his life, grow from it, and work toward becoming the best version of himself.

While Rayquan is incarcerated, I fully intend to continue being a positive influence in his life. I will support him emotionally, mentally, and spiritually through communication, encouragement, and prayer. I will remind him that he is loved, that he has people who believe in him, and that his current circumstances do not have to define the rest of his life.

When Rayquan is released, my home and my heart will always be open to him. He will always have a place where he is welcomed, loved, and encouraged. I will do whatever I reasonably can to help him rebuild his life, make positive decisions, and move forward. I will encourage him to be a loving, present, and responsible father to his children. Whether he needs guidance, emotional support, help finding opportunities, or simply someone to listen, I will be there for him. I want him to know that he will never have to face life's challenges alone.

Your Honor, I am asking you, from one human heart to another, if you can find it in your heart to extend mercy and leniency to Rayquan, please consider giving him a meaningful opportunity for freedom and a second chance at building a better future.

I understand that you have an important responsibility in making your decision, and I respect that responsibility. My sincere hope is that you will see not only the convictions before you but also the young man who has a family that loves him, people who believe in him, and a support system willing to stand beside him.

I have always believed that a person's life should not be defined solely by their darkest moments. I believe in growth, change, forgiveness, and the power of having people who refuse to give up on you.

Rayquan is not just someone I watched grow up in my neighborhood. He is someone I welcomed into my family, someone I love like a son, and someone I will never turn my back on.

Your Honor, I humbly ask that you take my words into consideration when determining Rayquan's sentence. I pray that he will be given the opportunity to return home one day, surrounded by people who will help guide him toward a positive and productive future.

Thank you for taking the time to read my letter and for allowing me the opportunity to speak on behalf of someone who means so much to me.

With sincere respect and heartfelt appreciation,

**Tracy Holley**

**To the Honorable Judge Covington**

Hello, good morning or afternoon, whichever it may be as this letter comes before you. My name is Precious Lasane, and I am writing this statement in support of Rayquan Rainey as he approaches his sentencing. I am his girlfriend of four years and the mother of our two-year-old daughter, Rayelle Rainey. Yes, I am aware of all his charges, and I hope to provide the court with a meaningful understanding of who he has become and growing to be beyond the challenges he is currently facing.

Over these past years I have come to know him much more than my partner. He is the backbone of our family. The person who lifts us up when we are down, despite his own current situation. He is naturally optimistic, always finding ways to encourage and uplift those around him. Even while faced with challenges of his own, he continues to be a source of positivity, strength, and reassurance for our family. I think this speaks volumes about his character. Rayquan always finds ways to make us smile when things get difficult at home, and he makes us feel protected and safe. He reminds me of the dads that you see on family sitcoms, the one who brings laughter into the home, provides comfort, and just makes everything feel like it will be okay. That is who he has been to us.

His absence has had a difficult impact on our family. Raising a daughter is a beautiful experience, but it is also challenging, especially when you are navigating motherhood without your partner beside you. I am learning how to be a first-time mother while also carrying out all these responsibilities that we once shared. Our daughter deserves the experience of growing up with both parents present, and I know how much his absence has taken away from the everyday moments of fatherhood. It is not just the major milestones that we have missed sharing with him, but the little things as well, the laughter, our daily routines, the comfort of having her father to be able to call on and just simply being able to raise our child together.

I also want the Court to understand that I have seen a change in his perspective. Through all our long conversations, he has expressed extreme remorse and has spoken about the things that he has lost, the choices he has made, and the importance of just taking accountability and responsibility. He has chosen to join programs in Pinellas Coutny Jail on his own to help educate and help him. His incarceration has given him so much time to reflect on his life, his priorities, and the direction he wants his future to take. I genuinely believe he has begun to understand that the decisions he makes do not affect only him, but also the people who love him and depend on him. I do not

believe that recognizing these things should erase the seriousness of his situation, but I do believe that personal growth and accountability are possible.

One thing I hope the Court understands is that he is only human. People make mistakes, but I believe a person's mistakes should not automatically define the entirety of who they are or who they have the potential to become… Growing up around difficult circumstances, violence, and environments where positive opportunities are limited can shape a person's path. However, I believe a person can recognize those circumstances, take responsibility for their decisions, and choose a different direction. I believe life's most difficult experiences bring the greatest realizations. Sometimes it takes facing the possibility of losing what means the most to us to truly understand its value, reflect on our past decisions, and recognize the importance of making better choices moving forward.

I do not want him to become another statistic or another example of a father who is no longer present in his child's life for making a bad decision. I want him to have the opportunity to beat the odds, return home to his family, and become an example of what growth, accountability, and change can look like. I want our daughter to grow up knowing that her father did not allow his past to determine his future. I want her to see that a man can acknowledge his mistakes, learn from them, and work toward becoming a better father, partner, and member of our community.

I believe he has the potential to make a difference, not only in our daughter's life but also in the lives of other young men who may come from similar backgrounds and feel that their circumstances have already determined their futures. There are young black men who deserve to be seen as more than their mistakes, their records, or the stereotypes society places upon them. He can be someone who demonstrates that change is possible through your actions and the life you choose to rebuild.

I am not asking the Court to overlook his circumstances or the seriousness of his situation. I am asking that the Court consider the whole person, including his family responsibilities, the remorse he has expressed, his potential for rehabilitation, and the support system waiting for him outside those walls.

As his partner and the mother of his child, I am committed to supporting him in building a better future, helping him make responsible decisions and being a positive influence on him. Rayquan says almost every day how I'm helping him become more of a man and how I am the only good thing that has ever happened to him, besides his children of course. I sincerely ask that the Court consider compassion and leniency when

determining his sentence and allowing him the opportunity to return home to his family soon and demonstrate through his actions that he can become better than the circumstances that he has come from.

Thank you for taking the time to read my letter and consider my perspective.

**Respectfully,**

Precious Jade Lasane,
St Petersburg, Florida

Precious Lasane

