# Exhibit B

*Photos*






KISS ME NO
MIDNIGHT
IS PASS MY
BEDTIME
HAPPY NEW
YEAR
#2025
NIKE






Amina
welcome to your new Room
RAyelle
Rainey



