**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE VIRGINIA M. HERNANDEZ COVINGTON**

CASE NO. 8:25-cr-106-VMC-CPT DATE: November 19, 2026
TITLE: USA v. **Rayquan Rainey**
TIME: 1:37 PM – 3:21PM (1 hour 44 minutes) TOTAL: 52 minutes
Time divided equally between co-defendant Brinson

| | |
|---|---|
| Courtroom Deputy: Bettye Samuel | Interpreter: |
| Court Reporter: Lori Cecil Vollmer | Probation: Jessica Racaza |

| | |
|---|---|
| Counsel for Government: | Brooke Michelle Padgett |
| Counsel for Defendant: | Ryan J. Maguire |

## CRIMINAL MINUTES

Court in session and counsel identified for the record.

Defendant sworn and adjudicated guilty as to Counts One, Two, Three, Four and Five of the Superseding Indictment.

Counsel addressed the Court.

Defendant's objections to the Final Presentence Investigation Report:

1. Paragraph 33 (Reckless Endangerment During Flight under USSG §3C1.2), affecting Paragraphs 34, 38, and 90: OVERRULED for the reason stated on the record.

Defendant addressed the Court.

Imprisonment: 165 months. This term consists of a 105-month term as to Counts One, Two, Three, and Five, terms that shall run concurrently; and a 60-month term as to Count Four, consecutive to all other counts.

Supervised Release: 5 years. This term consists of a 3-year term as to Counts One and Five; and a 5-year term as to Counts Two, Three, and Four, all such terms to run concurrently.

Fine is waived.

Special Assessment: $500. This obligation is to be paid immediately.

The Court makes the following recommendations to the Bureau of Prisons:

1. Defendant be incarcerated at FCI Atlanta or FCC Butner.
2. Defendant be allowed to study for and obtain his GED and participate in any other educational programs that are available.
3. Defendant be allowed to receive vocational training in the areas of technology, computer technology, and any other vocational training opportunities that are available.
4. Defendant be allowed to receive vocational training to obtain his Commercial Driver's License (CDL).

Special conditions of supervised release:

- Defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, Defendant is directed to submit to random drug testing.

- Defendant shall submit to a search of his person, residence, place of business, any storage units under his control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

- Defendant shall refrain from any unlawful use of controlled substances. Defendant shall submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer. Defendant shall submit to random drug testing not to exceed 104 tests per year.

- Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

Defendant shall forfeit to the United States those assets previously identified in the Order of Forfeiture, that are subject to forfeiture.

The underlying Indictment is dismissed on the motion by the United States.

Defendant is remanded to the custody of the US Marshal.

Defendant advised of right to appeal and of right to counsel on appeal.
[

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 25 |
| Criminal History Category | IV |
| Imprisonment Range | Counts 1, 2, 3, & 5: 84 – 105 months<br>Count 4: 5 years, consecutive to all other Counts |
| Supervised Release Range | Counts 1 & 5: Not more than 3 years per count<br>Counts 2 & 3: 4 – 5 years per count<br>Court 4: Not more than 5 years |
| Restitution | N/A |
| Fine Range | $25,000 - $10,000,000 |
| Special Assessment | $500 |